C. Daniel Roberts
Texas Bar No. 16999200
C. Daniel Roberts, PC
1602 East Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712
Email:  droberts@cdrlaw.net

**ATTORNEYS FOR GVA Pro LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-33705-hdh |
| | § | |
| Reavans Gilbert LLC, | § | CHAPTER 11 |
| | § | |
| Debtor | § | |

## NOTICE OF APPEARANCE

GVA Pro LLC, ("GVA"), a creditor in the above captioned and numbered bankruptcy case

("Bankruptcy Case"), hereby enters an appearance and, pursuant to Rules 2002, 3017(a), 9007, and

9010 of the Federal Rules of Bankruptcy Procedure ("FRBP") and pursuant to 11 U.S.C. §1109(b),

requests that all notices given or required to be served on GVA in the Bankruptcy Case be directed

to:

**C. Daniel Roberts**
**C. DANIEL ROBERTS, P.C.**
**1602 E. Cesar Chavez**
**Austin, Texas 78702**
**Telephone: (512) 494-8448**
**Facsimile: (512) 494-8712**
**Email:  droberts@cdrlaw.net**

The foregoing request includes the notices and papers referred to in FRBP 2002 and also

includes, without limitation, notices of any orders, pleadings, motions, applications, complaints,

demands, hearings, answers, responses, memoranda or briefs and any other documents brought

before the Court with respect to the Bankruptcy Case, whether formal or informal, whether written

or oral, and whether transmitted by mail, delivery, telephone, or otherwise.    .

Respectfully submitted,

C. DANIEL ROBERTS, P.C.
1602 E. Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712

By:   */s/ C. Daniel Roberts*
C. Daniel Roberts
Texas Bar No.: 16999200
droberts@cdrlaw.net

ATTORNEYS FOR GVA Pro LLC

## **CERTIFICATE OF SERVICE**

By my signature above, I hereby certify that on November 5, 2019 a true and correct copy of the foregoing document was served upon those parties receiving the Court's ECF e-mail notification.